PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jermaine Speaks                                      Cr.: 01-00058-003

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 09/08/03

Original Offense: Bank Robbery

Original Sentence: Imprisonment 23 months followed by 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/08/03

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall contribute 25 hours of community service work. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On October 25, 2005, Mr. Speaks was arrested for shoplifting in Paramus, New Jersey. On the following day, he appeared in Paramus Municipal Court and pled guilty to concealing merchandise without intent to pay. He was sentenced to community service and fined $905.

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 01/04/06

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/13/05
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 25 hours of community service work. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee
Cayetano R. Castellano                  Jermaine Speaks

12/20/05
DATE